Chicago Great Western Railroad Company, Appellee, v. Edward J. Meyers Company, Appellant.

Gen. No. 46,150. (Abstract of Decision.)

Arthur B. Reid, Gerald O. Sweeney, E. J. Blair, and F. W. Hall, for appellant; E. J. Blair, of counsel; Winston, Strawn, Black & Towner, for appellee; Neil McKay, of counsel. Opinion by JUSTICE TUOHY. **Not to be published in full.** Opinion filed April 8, 1954; released for publication April 27, 1954.

